# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0638
_____

STATE OF FLORIDA,

Appellant,

v.

KEITH S. HANKS,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Jr., Judge.

August 14, 2019

PER CURIAM.

Appellee's motion filed February 26, 2019, is granted, and this appeal is dismissed. *See State v. Jackson*, 2019 WL 3282618 (Fla. 1st DCA 2019).

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellant.

Charles Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Appellee.